UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD SOTO,

        Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.
_____/

Case No.: 8:13-cv-02434

## **DEFENDANT, DIVERSIFIED CONSULTANTS, INC.'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, the Defendant, DIVERSIFIED CONSULTANTS, INC. ("DCI"), by and through its undersigned counsel, and hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint and Demand for Jury Trial and herein states as follows:

### **PRELIMINARY STATEMENT**

Admitted for the purposes of claims identification and jurisdiction only; otherwise denied.

### **PARTIES**

1. Admitted for the purposes of jurisdiction and venue only; otherwise denied.

2. Admitted for the purposes of jurisdiction and venue only; otherwise denied.

3. Unknown at this time; therefore denied.

### **JURISDICTION AND VENUE**

4. Admitted for the purposes of jurisdiction and venue only; otherwise denied.

5. Admitted for the purposes of jurisdiction and venue only; otherwise denied.

## STATUTORY STRUCTURE - TPCA

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

## FACTUAL ALLEGATIONS

10. Denied; Defendant demands strict proof thereof.

11. Denied; Defendant demands strict proof thereof.

## TCPA VIOLATIONS

12. Defendant re-alleges its response to paragraphs 1 through 11 above as if fully stated herein.

13. Denied; Defendant demands strict proof thereof.

14. Denied; Defendant demands strict proof thereof.

15. Denied; Defendant demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Defendant affirmatively alleges that the Defendant can't be held vicariously liable for the actions or inactions of third parties under the Telephone Consumer Protection Act.

### Second Affirmative Defense

Defendant affirmatively alleges that Defendant did not utilize an automatic telephone dialing system ("ATDS") during any of the alleged communications to the Plaintiff.

**Third Affirmative Defense**

Defendant affirmatively alleges that the Defendant is exempt from the call restrictions under the TCPA which provides that cellular carriers do not need consent from their cellular subscribers prior to initiating auto-dialer calls.

**Fourth Affirmative Defense**

Defendant affirmatively alleges that the Defendant had prior express consent to communication with the Plaintiff and that no legally recognized "revocation" exists under the TCPA.

**Fifth Affirmative Defense**

Defendant affirmatively alleges that Plaintiff's counsel is not entitled to attorney's fees as the TCPA provides no such relief or statutory award.

**Sixth Affirmative Defense**

Defendant affirmatively alleges that TCPA is not applicable to communications to a land line when the Defendant has as commercial and/or existing business relationship with the intended called party.

**JURY DEMAND**

Defendant demands a jury by trial.

WHEREFORE, Defendant, DIVERSIFIED CONSULTANTS, INC., requests that this Court dismiss Plaintiff's Complaint at Plaintiff's cost, and that Defendant be awarded reasonable attorneys' fees and costs as provided for under applicable law.

Dated this 24th day of October, 2013.

Respectfully submitted,

*/s/Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on October 24, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: W. John Gadd, Esquire at wjg@mazgadd.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 0110108
URBAN, THIER, FEDERER & CHINNERY, P.A.
200 South Orange Avenue, Suite 2000
Orlando, Florida  32801
Telephone (407) 245-8352
Facsimile (407) 245-8361
Kohlmyer@urbanthier.com
*Attorneys for Defendant*